CHARLES ALBRECHT, Administrator, *vs.* FREDERICK ALBRECHT and another.

July 14, 1890.

Evidence *held* to justify the findings of fact.

Plaintiff, as administrator of the estate of Frederick Albrecht, deceased, brought this action in the district court for Washington county, to set aside a conveyance of real estate made by his intestate to his son, the defendant Frederick Albrecht, and a satisfaction, by the intestate, of a note and mortgage executed by defendant Frederick. The action was tried by *McCluer*, J., who ordered judgment for defendants. The plaintiff appeals from an order refusing a new trial.

*Fayette Marsh*, for appellant.

*Searles & Gail*, for respondents.

GILFILLAN, C. J. Though it is apparent from the evidence that Frederick Albrecht, Sr., was a man infirm physically, and not strong mentally, yet the court below was justified in finding from it that his mind was not so unsound as to make him incapable of doing business, or of lawfully disposing of his property, at the time of executing the assignment and satisfaction of mortgage assailed in this action. As to undue influence and threats, the court does not find there were any, and it was not asked to make any finding as to them.

Order affirmed.